

Victoria Lowery <lowery@mc.edu>

## Evaluation of Advocacy Program

**Patricia Bennett** <pbennett@mc.edu>  Thu, Jun 4, 2020 at 9:19 PM
To: "Lowery, Victoria" <Lowery@mc.edu>
Cc: "Challener, Deborah" <Challene@mc.edu>

Vicki,

The faculty met this afternoon to evaluate all programs where directors have presumptively renewable contracts. Consideration was given to whether programs have been terminated or materially modified. The faculty is requesting that you present a statement detailing the functions of your program in order to help them in this determination. Please provide a statement to Associate Dean Debbie Challener by Sunday, June 7th at 5:00 p.m.

Thank you in advance for providing the statement for faculty consideration.
PwB

Patricia Bennett
Dean & Henry Vaughan Watkins and Selby Watkins McRae
Professor of Law
Mississippi College School of Law
151 East Griffith Street
Jackson, MS 39201
P: 601.925.7101| F: 601.925.7115
Email: pbennett@mc.edu

**CONFIDENTIALITY STATEMENT:**

This communication may contain confidential information. If you are not the intended recipient or if you are not authorized to receive this communication, please notify and return the message to the sender, **then delete this communication including any attachments**. Unauthorized reviewing, forwarding, copying, distributing or using this information is strictly prohibited.