**EXHIBIT G**

From: Victoria Lowery <lowery@mc.edu>
Date: November 9, 2020 at 9:05:00 AM CST
To: Patricia Bennett <PBennett@mc.edu>
Cc: Debbie Norris <dnorris@mc.edu>, Keith Elder <kelder@mc.edu>
**Subject: Re: Notice of Constructive Discharge**

Dean Bennett,

This email is in response to your questions regarding my constructive termination. Per my last email, and my filing of internal grievance addressed to you on September 29, 2020, I received a terminal contract on August 14 of this year despite nearly sixteen years of service and having twice earned 405(c) status and its reasonable equivalent to tenure —not to mention your assurance in August that all was well and my contract, while months late, would be forthcoming. Please see my Nov. 3 email for more details.

Moreover, I am not listed to teach any classes on the spring schedule, which only further establishes my constructive termination. In fact, two courses, one of which I created, have been assigned to adjunct faculty. To that end, none of the staffing for advocacy-related courses has been coordinated with me, in my role as the Advocacy Director, as has been done in years past. This, too, is further evidence of my

constructive termination.

All of these actions are being taken against me, despite the continued success of the Advocacy Program. This past weekend was another busy one with MC Law bringing home yet another regional championship— our second this semester.

This semester's regional championship awards (Arbitration and Nat'l Moot Court) are in addition to MC Law being named a national finalist (Stetson Pretrial) and having won two best brief awards (Stetson & Nat'l Moot Court) and a best oralist award (NT'l Moot Court). Indeed, this may be one of the most successful years for the Advocacy Program — a program that has allegedly been modified or terminated (I've yet to be told which it supposedly is).

Despite these successes, because of the actions taken by the administration as listed here and in my previous correspondences, I have been constructively terminated. My last day at the law school will be November 17, 2020.

Best wishes,
Vicki Lowery


> Begin forwarded message:
>
> **From:** Patricia Bennett &lt;PBennett@mc.edu&gt;
> **Date:** November 6, 2020 at 4:06:24 PM CST
> **To:** Victoria Lowery &lt;lowery@mc.edu&gt;
> **Cc:** Debbie Norris &lt;dnorris@mc.edu&gt;, Keith Elder &lt;kelder@mc.edu&gt;
> **Subject: Re: Notice of Constructive Discharge**
>
>> Professor Lowery (Vicki),
>>
>> I am sorry about the delay in responding to your email. I have had many things going on this week, including participating in filming the virtual December commencement program. I have also been trying to determine why you think you have been constructively discharged.
>>
>> You have not been constructively discharged. You have a written contract through May 31, 2021. You are teaching Trial Practice and the semester does not

end until December 18, 2020. You have several competition teams that you are supervising and you continue to supervise Moot Court. Some of the teams are registered for spring semester competitions. Moot Court work has not ceased. In addition, you chair the Outcome Assessments Committee and I know there is plenty of work to be done there. I am concerned when you state that your last day is November 17, 2020, which is before the end of the academic semester.

I understand that your filed grievance is in process and you are working with Dr. Norris to resolve it. I want you to know that no step has been taken to terminate your current contract. I hope this clears any misunderstanding that you may have about your status with MC Law.

Sincerely,
PwB

Patricia Bennett
Dean & Henry Vaughan Watkins and Selby Watkins McRae
Professor of Law
Mississippi College School of Law
151 East Griffith Street
Jackson, MS 39201
P: 601.925.7101| F: 601.925.7115
Email: pbennett@mc.edu


On Tue, Nov 3, 2020 at 10:36 PM Victoria Lowery <lowery@mc.edu> wrote:
> Dean Bennett,
>
> It is my understanding that I have been constructively terminated as Director of Advocacy at the Mississippi College School of Law. Accordingly, my responsibilities at the law school must come to an end as of Tuesday, November 17, 2020.
>
> As you know, despite earning tenure-like job security under ABA Standard 405(c) in 2010 and having received two 5-year presumptively renewable contracts, I received a terminal contract for this academic year with no explanation and

without being afforded basic due process procedures under the faculty governance policies.

Additionally, I filed an internal grievance on September 29, 2020 addressing this issue, including my belief that I was being targeted and my contract eliminated as the result of gender and racial discrimination. To date, I have not received a substantive response to that grievance, I have not been reinstated as Director of Advocacy, and I have not been provided a suitable alternative position.

Moreover, today, I was informed by Dr. Debbie Norris that since the filing of my internal grievance over a month ago, no investigation has been performed regarding my claims. Dr. Norris also confirmed what I suspected—that even when my claims are proved true, there is no assurance that Mississippi College will honor its obligations under my 405(c) contract. Finally, while other professors have been advised of their scheduled classes for next semester, after repeated requests, I have not been provided the same information. As a result, despite my good faith attempts at compliance with school policy regarding internal procedures, I have been constructively terminated and, thus, I have no further recourse within the school to address these issues.

Through and <u>until November 17, 2020</u>, I intend to complete my fall semester obligations including completing the Trial Practice course and grading students in that course as well as working with competition teams on evenings and weekends.

I ask that no announcement be made regarding my termination until <u>after November 17, 2020</u> as I do not want students preparing for their final trials in my Trial Practice course or students competing in the upcoming Arbitration

Competition and National Online Moot Competition to become distracted.

Sincerely,
Vicki Lowery

**CONFIDENTIALITY STATEMENT:**

This communication may contain confidential information. If you are not the intended recipient or if you are not authorized to receive this communication, please notify and return the message to the sender, **then delete this communication including any attachments.** Unauthorized reviewing, forwarding, copying, distributing or using this information is strictly prohibited.

**CONFIDENTIALITY STATEMENT:**

This communication may contain confidential information. If you are not the intended recipient or if you are not authorized to receive this communication, please notify and return the message to the sender, **then delete this communication including any attachments.** Unauthorized reviewing, forwarding, copying, distributing or using this information is strictly prohibited.

**CONFIDENTIALITY STATEMENT:**

This communication may contain confidential information. If you are not the intended recipient or if you are not authorized to receive this communication, please notify and return the message to the sender, **then delete this communication including any attachments.** Unauthorized reviewing, forwarding, copying, distributing or using this information is strictly prohibited.